UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| EXCEL DRYER, INC., <br> Plaintiff, <br> vs. <br> DYSON, INC., <br> Defendant. <br> DYSON, INC., <br> Counter-Plaintiff, <br> vs. <br> EXCEL DRYER, INC., <br> Counter-Defendant. | Civ. Action No. 3:12-CV-30211 (MAP) |

JOINT MOTION TO MOVE STATUS CONFERENCE TO A DATE
CONSISTENT WITH AMENDED SCHEDULE APPROVED BY THE COURT

The parties hereby jointly move to reschedule the Status Conference currently set for December 5, 2013 at 3:00 p.m. to a date consistent with the revised pre-trial schedule approved by the Court on October 23, 2013. Grounds for this motion follow.

The court issued an initial Pretrial Scheduling Order (the "Initial Order") on February 19, 2013. [Dkt. #31]. Under the Initial Order, expert depositions were to be completed by November 29, 2013 and followed by a Status Conference on December 4, 2013. The Court recently changed that date to December 5, 2013. [Dkt. 93].

On October 29, 2013, the parties' filed a Joint Motion to Extend Deadlines Under Scheduling Order [Dkt. 64], which was allowed by the Court on October 23, 2013 [Dkt.

*Allowed. The clerk will re-schedule the status conference for some time after May 7, 2014. So ordered. /s/ Michael A. Ponsor USDJ 11·19·13*