

Dedicated to Intellectual Property Law
Writer's Email: poshea@osheagetz.com
Writer's Telephone: 413-272-0502

June 23, 2014

VIA ECF

The Honorable Michael A. Ponsor
United States District Court, District of Massachusetts
300 State Street, Suite 120
Springfield, MA 01105

    Re:    Excel Dryer, Inc. v. Dyson, Inc. (Civil Action No. 3:12-CV-30211)

Dear Judge Ponsor:

    I represent Excel Dryer, Inc. ("Excel"). On April 15, 2014 the parties conducted a mediation in New York City with U.S. District Judge Layn R. Phillips (ret), and at the mediation the parties were able to reach an agreement that is memorialized in an executed document captioned Agreed Upon Terms. The parties have exchanged a draft settlement agreement that captures the Agreed Upon Terms and other points, but for various reasons have not yet executed that document. They expect to do so in the very near future.

    Accordingly, the parties *jointly* respectfully request that the Court reopen this matter and issue another 60-Day Settlement Order of Dismissal to allow the parties to complete the settlement.

Very truly yours,

O'SHEA GETZ P.C.

Patrick J. O'Shea

PJO/slh

*[Handwritten note:] Construed as a motion to reopen, this is ALLOWED. Michael A. Ponsor USDJ 6·27·14*

Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), this 23st day of June, 2014.

/s/ Patrick J. O'Shea
Patrick J. O'Shea