

BULKLEY
RICHARDSON

August 26, 2014

The Honorable Michael A. Ponsor
United States District Court
District of Massachusetts
300 State Street, Suite 120
Springfield, MA  01105-2919

Re: *Excel Dryer, Inc v. Dyson, Inc.*
Civil Action No. 3:12-CV-30211

Dear Judge Ponsor:

I represent Defendant, Dyson, Inc., and write jointly with counsel for plaintiff, Excel Dryer, Inc. As the Court is aware, the parties reached a settlement and have been drafting a formal settlement agreement. This agreement is virtually complete, but the parties require an extra week to finalize and execute the agreement due to summer holidays of key persons.

Accordingly, the parties *jointly* respectfully request that the Court reopen this matter and issues a 7-day Settlement Order of Dismissal to allow the parties to complete the settlement.

Very truly yours,

Bulkley, Richardson and Gelinas, LLP

Michael D. Roundy

O'Shea Getz, P.C.

Patrick J. O'Shea

*Handwritten order:* Construed as a motion for extension, this is ALLOWED. Counsel will have until Sept. 15, 2014 to move to reopen this case, which was closed on June 27, 2014, if the settlement is not completed. Patrick J. O'Shea, with permission, Mar. So ordered. Michael A. Ponsor USDJ 9·4·14

BULKLEY, RICHARDSON AND GELINAS, LLP, Attorneys at Law
1500 Main Street, Suite 2700, P.O. Box 15507, Springfield, MA 01115-5507  phone: 413-781-2820  fax: 413-272-6806  www.bulkley.com

PARTNERS
Robert A. Gelinas
Ronald P. Weiss
Francis D. Dibble, Jr.
Hamilton Doherty, Jr.
Michael H. Burke
Peter H. Barry
David A. Parke

George W. Marion
Ellen M. Randle
Kevin C. Maynard
Mark D. Cress
Mary J. Kennedy
J. Michael Scully
James C. Duda
Kelly A. McCarthy

Daniel J. Finnegan
Melinda M. Phelps
Jeffrey E. Poindexter
Kathleen Leitao Bernardo
Donn A. Randall
Scott W. Foster
Elizabeth H. Sillin
J. Patrick Kennedy

Vanessa L. Smith
Jenelle C. Dodds
William E. Hart
John P. Pucci

ASSOCIATES
Michael D. Roundy
Kelly A. Koch

Christopher J. Visser
Jamie L. Kessler
J. Lizette Richards

COUNSEL
Carol E. Kamm
Stephen W. Schupack
Daniel M. Rothschild

Mary Ellen Manganelli
Jennifer K. Cannon
Andrew Levchuk
Jodi K. Miller
A. Hazel Mugo*
Matthew A. Kane

*Admitted in NY only